# Defendant's Exhibit 2

Aug-02-2010 04:50pm From-RISK MANAGEMENT    +3042852835    T-928  P.002/007  F-720

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E
Charleston, WV 25305



9171 9237 9000 1000 2972 45



**Natalie E. Tennant**
Secretary of State
Telephone: 304-558-6000
Toll Free: 866-SOS-VOTE
www.wvsos.com

RECEIVED

Monongalia County General Hospital
David J. Robertson
1200 J.D. Anderson Drive
Morgantown WV 26505

ControlNumber: 298918
Defendant: Monongalia County General Hospital

Civil Action: 7/29/2010
10-C-264

I am enclosing:

| | | |
|---|---|---|
| ___ summons | ___ affidavit | _1_ summons and complaint |
| ___ notice | ___ answer | ___ summons returned from post office |
| ___ order | ___ cross-claim | ___ summons and amended complaint |
| ___ petition | ___ counterclaim | ___ 3rd party summons and complaint |
| ___ motion | ___ request | ___ no return from post office |
| ___ suggestions | ___ certified return receipt | ___ notice of mechanic's lien |
| ___ interrogatories | ___ request for production | ___ suggestee execution |
| ___ original | ___ request for admissions | ___ Other |
| ___ subpeona duces tecum | | |

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process    in the name and on behalf of your corporation.

Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper. Please do not call the Secretary of State's office.

Sincerely,

*/s/ Natalie E. Tennant*

Natalie E. Tennant
Secretary of State



# SUMMONS
IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA

**CYNTHIA HAMILTON**
**27 YACK HOLLOW ROAD**
**FAIRVIEW, WV 26570**

**PLAINTIFF(S)**

Civil Action No. 10-C-264

**MONONGALIA COUNTY GENERAL HOSPITAL CO., a corporation,**
**1200 JD ANDERSON DRIVE**
**MORGANTOWN, WV 26505**

**DEFENDANT(S)**

TO THE ABOVE NAMED DEFENDANT:

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon PETER D. DINARDI, Plaintiff's Attorney whose address is 198 SPRUCE STREET, MORGANTOWN, WV 26505 an answer, including any related counter-claim you may have to the complaint filed against you in the above style civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within 30 days after service of this summons upon you, exclusive of the date of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above style civil action.

DATED: July 27, 2010

Jean Friend, Circuit Clerk

By Susan Trowbridge
DEPUTY CLERK

IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA

CYNTHIA HAMILTON,

Plaintiff,

        vs.                              CIVIL ACTION NO:2010-C-

MONONGALIA COUNTY GENERAL HOSPITAL, CO.,
a corporation,

Defendant.

## COMPLAINT

1. Plaintiff is an individual who resides in Daybrook, Monongalia County, West Virginia.

2. Defendant is a corporation operating a medical hospital in Monongalia County, West Virginia.

3. Until November 2008 plaintiff was employed by defendant as a clinical manager and November of 2008 plaintiff was transferred to position of staff nurse.

4. On or about January 08, 2009 plaintiff began missing work due to medical reasons and missed work periodically until April 2009.

1.

5. Plaintiff was not released by her doctor to return to work until April 23, 2009.

6. On or about April 13, 2009 defendant began posting plaintiff's employment position seeking to find a replacement.

7. By letter dated April 16, 2009 defendant terminated plaintiff's employment with defendant.

8. When plaintiff was released to return to work April 23, 2009 plaintiff sought employment to her former position with defendant but was denied employment.

9. Upon information and belief, plaintiff's position had not been filled by April 23, 2009.

10. Upon information and belief, when plaintiff sought reemployment with defendant on April 23, 2009 plaintiff's former position was still vacant.

11. Plaintiff contends that she was discriminated against by defendant because of plaintiff's medical issues.

12. Plaintiff further contends that she was discriminated against by her former supervisor, Jill Buterbaugh, because of personal issues involving plaintiff's family and the aforesaid Jill Buterbaugh.

13. Plaintiff subsequently interviewed and/or applied for the positions of educator, step down RN, medicine RN, clinical manager/ER, house supervisor, and the position in a cath lab but was never considered for any of these positions.

14. Plaintiff contends her termination was discriminatory and was at least a constructive discharge because of plaintiffs medical and health problems.

15. As a result of the wrongful termination of plaintiff from her employment and the discrimination against defendant by defendant, plaintiff has suffered lost wages, health insurance and other benefits, along with humiliation and sustained mental and emotional suffering.

16. The amount of lost wages and lost benefits exceeds $60,000.00 per year and to date, plaintiff is still unemployed.

WHEREFORE, plaintiff demands judgment against defendant in the amount of $350,000.00 damages, plus interest at the legal rate thereon until paid in full, plus attorney fees and Court costs.

PETER D. DINARDI (WVSB#1019)(PASB#85883)
ATTORNEY AT LAW
198 Spruce Street
Morgantown, WV 26505
Office: (304)292-6228 Fax: (304)292-4717
Email: pdinardi@juno.com

COUNSEL FOR PLAINTIFF